Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Scott W. Gordon (State Bar No. 99716)
LAW OFFICES OF SCOTT W. GORDON
1990 North California Blvd., Suite 620
Walnut Creek, CA 94596
Tel: (925) 295-3133
Fax: (925) 295-3132
E-mail: swgordon@tbsglaw.com

Attorney for Defendant
REPUBLIC SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>REPUBLIC SERVICES, INC., a corporation.<br><br>            Defendant. | Case No. 4:09-cv-01757-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING THAT SETTLEMENT CONFERENCE BE TALEN OFF CALENDAR** |

   WHEREAS, Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and Defendant REPUBLIC SERIVCES, INC. (the "parties") requested a settlement conference before a Magistrate Judge on October 19, 2012;

   WHEREAS, the Court issued an order October 22, 2012, referring the case to Magistrate

Judge Westmore for a settlement conference:

    WHEREAS, on October 31, 2012, Magistrate Judge Westmore issued an order scheduling a settlement conference for November 30, 2012;

    WHERAS, the parties met and conferred on November 8, 2012, and have subsequently reached an agreement regarding the storm water pollution control measures that will render the settlement conference unnecessary;

    WHEREAS, the parties wish to take the settlement conference off of the calendar;

    NOW THEREFORE, the parties hereby request that the Court take the November 30, 2012 settlement conference off of the calendar.

Dated: November 20, 2012

    /s/ *Douglas J. Chermak*
    DOUGLAS J. CHERMAK
    Attorneys for Plaintiffs

Dated: November 20, 2012

    /s/ *Scott W. Gordon*
    (as authorized on 11/20/12)
    SCOTT W. GORDON
    Attorney for Defendants

**PURSUANT TO STIPULATION,** it is hereby ordered that:

The November 30, 2012 settlement conference shall be taken off the calendar.

**IT IS SO ORDERED.**

Dated: November 20, 2012

    Hon. Kandis A. Westmore
    United States Magistrate Judge

Stipulation and [Proposed] Order Requesting That Settlement Conference Be Taken Off Calendar      2      Case No. 4:09-cv-01757-PJH